ACCEPTED
05-25-01000-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
8/25/2025 3:46 PM
RUBEN MORIN
CLERK

| | |
|---|---|
| **Appellate Docket Number:** | 05-25-01000-CV |
| **Appellate Case Style:** | Direct Midsteam, LLC |
| **Vs.** | Fusion Resources, LLC, et al. |

| **Companion Case(s):** | |
|---|---|

Amended/Corrected Statement ☐

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
8/25/2025 3:46:06 PM
Ruben Morin
Clerk

# DOCKETING STATEMENT (Civil)

Appellate Court: 5th Court of Appeals

(to be filed in the court of appeals upon perfection of appeal under TRAP 32)

*NOTE: Because space for additional parties / attorneys is limited on this form, you can include the information on a separate document. As per TRAP 32.1 and 9.4, please include party's name and the name, address, email address, telephone number, fax number, if any, and State Bar Number of the party's lead counsel. If the party is not represented by an attorney, that party's name, address, telephone number, fax number should be provided.*

See attached Addendum for identification of the parties and lawyers.

| **I. Appellant** | **II. Appellant Attorney(s) - Continued** |
|---|---|
| ☐ Person   ☐ Organization | ☐ Lead Attorney          Select |
| Name: | Name: |
| ☐ Pro Se | Bar No. |
| *If Pro Se Party, enter the following information:* | Firm/Agency: |
| Address: | Address 1: |
| City/State/Zip: | Address 2: |
| Tel.          Ext.          Fax: | City/State/Zip: |
| Email: | Tel.          Ext.          Fax: |
| **II. Appellant Attorney(s)** | Email: |
| ☐ Lead Attorney | ☐ Lead Attorney          Select |
| Name: | Name: |
| Bar No. | Bar No. |
| Firm/Agency: , PLLC | Firm/Agency: |
| Address 1: 4 | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: | City/State/Zip: |
| Tel.          Ext.          Fax: | Tel.          Ext.          Fax: |
| Email: | Email: |
| ☐ Lead Attorney | ☐ Lead Attorney          Select |
| Name: | Name: |
| Bar No. | Bar No. |
| Firm/Agency: | Firm/Agency: |
| Address 1: | Address 1: |
| Address 2: | Address 2: |
| City/State/Zip: | City/State/Zip: |
| Tel.          Ext.          Fax: | Tel.          Ext.          Fax: |
| Email: | Email: |

| III.  Appellee | IV.  Appellee Attorney(s) - Continued |
|---|---|
| ☐Person  ☐ Organization<br><br>Name:<br><br>☐ Pro Se<br><br>*If Pro Se Party, enter the following information:*<br><br>Address:<br><br>City/State/Zip:<br><br>Tel.          Ext.          Fax:          Email: | ☐ Lead Attorney<br><br>Name:<br><br>Bar No.<br><br>Firm/Agency:<br><br>Address 1:<br><br>Address 2:<br><br>City/State/Zip:<br><br>Tel.               Ext.          Fax:<br><br>Email: |
| **IV.  Appellee Attorney(s)** | |
| ☐ Lead Attorney<br><br>Name:<br><br>Bar No.<br><br>Firm/Agency:<br><br>Address 1:<br><br>Address 2:<br><br>City/State/Zip:<br><br>Tel.               Ext.          Fax:<br><br>Email: | ☐Lead Attorney<br><br>Name:<br><br>Bar No.<br><br>Firm/Agency:<br><br>Address 1:<br><br>Address 2:<br><br>City/State/Zip:<br><br>Tel.          Ext.          Fax:<br><br>Email: |
| ☐ Lead Attorney<br><br>Name:<br><br>Bar No.<br><br>Firm/Agency:<br><br>Address 1:<br><br>Address 2:<br><br>City/State/Zip:<br><br>Tel.               Ext.          Fax:<br><br>Email: | ☐ Lead Attorney<br><br>Name:<br><br>Bar No.<br><br>Firm/Agency:<br><br>Address 1:<br><br>Address 2:<br><br>City/State/Zip:<br><br>Tel.          Ext.          Fax:<br><br>Email: |

## V. Perfection of Appeal, Judgment and Sentencing

Nature of Case (Subject matter or type of case): Corporation & Partnership

Date Order or Judgment signed:          Type of Judgment: Select

Date Notice of Appeal filed in Trial Court: 08/07/2025

    If mailed to the Trial Court clerk, also give the date mailed:

Interlocutory appeal of appealable order:     ☒ Yes    ☐ No

    If yes, please specify statutory or other basis on which interlocutory order is appealable (See TRAP 28):
      CPRC 51.014 (a)(1)-Order Appointing Receiver

---

Accelerated Appeal (See TRAP 28):    ☒ Yes    ☐ No

    If yes, please specify statutory or other basis on which appeal is accelerated:
      CPRC 51.-14 (a)(1)

---

Parental Termination or Child Protection? (See TRAP 28.4):    ☐ Yes   ☒ No

Permissive? (See TRAP 28.3):    ☐ Yes   ☐ No

    If yes, please specify statutory or other basis for such status:

---

Agreed? (See TRAP 28.2):    ☐ Yes   ☒ No

    If yes, please specify statutory or other basis for such status:

---

Appeal should receive precedence, preference, or priority under statute or rule?    ☒ Yes   ☐ No

    If yes, please specify statutory or other basis for such status:
      TRAP 28.1; CPRC 51.014 (a)(1)

---

Does this case involve an amount under $100,000?       ☐ Yes   ☒ No

Judgment or Order disposes of all parties and issues?      ☐ Yes   ☒ No

Appeal from final judgment?      ☐ Yes   ☒ No

Does the appeal involve the constitutionality or the validity of a statute, rule, or ordinance?   ☐ Yes   ☒ No
If yes, you must also complete and file the Challenge to Constitutionality of a State Statute form.
    If yes, is the Attorney General of Texas a party to the case?    ☐ Yes   ☐ No

## VI. Actions Extending Time to Perfect Appeal

| | | | |
|---|---|---|---|
| Motion for New Trial: | ☐ Yes | ☒ No | If yes, date filed: |
| Motion to Modify Judgment: | ☐ Yes | ☒ No | If yes, date filed: |
| Request for Findings of Fact and Conclusions of Law: | ☐ Yes | ☒ No | If yes, date filed: |
| Motion to Reinstate: | ☐ Yes | ☒ No | If yes, date filed: |
| Motion under TRCP 306a: | ☐ Yes | ☒ No | If yes, date filed: |
| Other: | ☐ Yes | ☒ No | |

    If Other, please specify:

## VII. Indigency of Party (Attach file stamped copy of Statement and copy of the trial court order.)

Was Statement of Inability to Pay Court Costs filed in the trial court? ☐ Yes ☒ No

    If yes, date filed:

Was a Motion Challenging the Statement filed in the trial court? ☐ Yes ☒ No

    If yes, date filed:

Was there any hearing on appellant's ability to afford court costs? ☐ Yes ☒ No

    Hearing Date:

Did trial court sign an order under Texas Rule of Civil Procedure 145? ☐ Yes ☒ No

    Date of Order:

    If yes, trial court finding: ☐ Challenge Sustained ☐ Overruled

## VIII. Bankruptcy

Has any party to the court's judgment filed for protection in bankruptcy which might affect this appeal?

    ☐ Yes ☒ No

If yes, please attach a copy of the petition.

Date bankruptcy filed:

Bankruptcy Case Number:

## IX. Trial Court and Record

Court: 134th Judicial District Court

County: Dallas

Trial Court Docket No. (Cause No.):
    DC-25-08172

Trial Court Judge (who tried or disposed of the case):

    Name: Honorable Dale B. Tillery

    Address 1: 600 Commerce Street

    Address 2: Box 650

    City/State/Zip: Dallas, Texas 75202

    Tel. (214) 653-6995   Ext.     Fax:

    Email: fly@dallascourts.org

**Clerk's Record**

Trial Court Clerk: ☑ District ☐ County

Was Clerk's record requested? ☑ Yes ☐ No

    If yes, date requested: 08/07/2025

    If no, date it will be requested:

Were payment arrangements made with clerk?

    ☑ Yes ☐ No ☐ Indigent

**(Note: No request required under TRAP 34.5(a),(b).)**

## IX.  Trial Court and Record - Continued

**Reporter's or Recorder's Record**

Is there a Reporter's Record?   ☒ Yes  ☐ No

Was Reporter's Record requested?   ☒ Yes  ☐ No

 If yes, date requested: 07/29/2025

 If no, date it will be requested:

Was the Reporter's Record electronically recorded?  ☒ Yes  ☐ No

Were payment arrangements made with the court reporter/court recorder?  ☒ Yes   ☐ No   ☐ Indigent

| | |
|---|---|
| ☒ Court Reporter  ☐ Court Recorder<br>☐ Official  ☐ Substitute<br>Name:  Tina Thompson<br>Address 1:  600 Commerce Street, 6th Floor West<br>Address 2:<br>City/State/Zip:  Dallas, Texas 75202<br>Tel. (214) 653-7239 Ext.  Fax:<br>Email: tina.thompson@dallascounty.org | ☒ Court Reporter  ☐ Court Recorder<br>☐ Official  ☒ Substitute<br>Name:  Joseph Hendrick<br>Address 1: 3712 Winifred Drive<br>Address 2:<br>City/State/Zip:  Fort Worth, Texas 76133<br>Tel. (817) 313-4355 Ext.  Fax:<br>Email: jdhendrick.csr@gmail.com |

## X. Supersedeas Bond

Supersedeas bond filed?  ☐ Yes  ☒ No

 If yes, date filed:

 If no, will file?  ☐ Yes  ☐ No

## XI.  Extraordinary Relief

Will you request extraordinary relief (e.g., temporary or ancillary relief) from this Court? ☒ Yes  ☐ No

 If yes, briefly state the basis for your request:

 Appellant anticipates requesting a stay of the trial court's order pending appeal.

## XIII. Related Matters

List any pending or past related appeals before this, or any other Texas Appellate Court, by Court, Docket, and Style.

Court: 5th Court of Appeals    Docket: 05-25-01009-CV

Style: Direct Midstream, LLC

 Vs. Fusion Resources, LLC, et al.

Court: Select Appellate Court    Docket:

Style:

 Vs.

Court: Select Appellate Court    Docket:

Style:

 Vs.

Court: Select Appellate Court    Docket:

Style:

 Vs.

Court: Select Appellate Court    Docket:

Style:

 Vs.

Court: Select Appellate Court    Docket:

Style:

 Vs.

## XV. Fifteenth Court of Appeals Jurisdiction

Effective 9/1/24, certain cases filed with this court must be transferred to the new Fifteenth Court of Appeals (See SB 1045, 88th Legislature, Regular Session). To assist the court in the orderly transfer or cases, please complete the following information.

Does this appeal involve a matter brought by or against the state or a board, commission, department, office, or other agency in the executive branch of the state government, including a university system or institution of higher education as defined by Section 61.003, Education Code, or by or against an officer or employee of the state or a board, commission, department, office, or other agency in the executive branch of the state government arising out of that officer 's or employee 's official conduct?  ☐Yes  ☒No

If the answer is yes, does this appeal involve:
- ☐ a proceeding brought under the Family Code and any related motion or proceeding;
- ☐ a proceeding brought under Chapter 7B or Article 17.292, Code of Criminal Procedure;
- ☐ a proceeding brought against a district attorney, a criminal district attorney, or a county attorney with criminal jurisdiction;
- ☐ a proceeding relating to a mental health commitment;
- ☐ a proceeding relating to civil asset forfeiture;
- ☐ a condemnation proceeding for the acquisition of land or a proceeding related to eminent domain;
- ☐ a proceeding brought under Chapter 101, Civil Practice and Remedies Code;
- ☐ a claim of personal injury or wrongful death;
- ☐ a proceeding brought under Chapter 125, Civil Practice and Remedies Code, to enjoin a common nuisance;
- ☐ a proceeding brought under Chapter 55, Code of Criminal Procedure;
- ☐ a proceeding under Chapter 22A, Government Code;
- ☐ a proceeding brought under Subchapter E-1, Chapter 411, Government Code;
- ☐ a removal action under Chapter 87, Local Government Code;
- ☐ a proceeding brought under Chapter 841, Health and Safety Code;

## XVI. Signature

| | 08/19/2025 |
|---|---|
| Signature of counsel (or Pro Se Party) | Date |
| Michael S. Alfred | 24014416 |
| Printed Name | State Bar No. |
| /s/ Michael S. Alfred | |
| Electronic Signature (Optional) | Name |

## XVII. Certificate of Service

The undersigned counsel certifies that this Docketing Statement has been served on the following lead counsel for all parties to the Trial Court's Order or Judgment as follows on:

/s/ Michael S. Alfred

| | |
|---|---|
| Signature of counsel (or Pro Se Party) | Electronic Signature (Optional) |
| 24014416 | |
| State Bar No. | |

Certificate of Service Requirements (TRAP 9.5(e)): A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service;
(2) the name and address of each person served, and
(3) if the person served is a party's attorney, the name of the party represented by the attorney.



## ADDENDUM TO DOCKETING STATEMENT

Re:     Case No. **05-25-01000-cv**; Direct Midstream, LLC v. Fusions Resources, LLC, et al; Appealed from Cause No. DC-25-08172 pending in the 134th Judicial District Court, Dallas County, Texas.

Below is the complete list of all appellants, appellees, and their respective attorneys. All attorneys are retained, and lead counsel (if known) is indicated accordingly.

| Appellant: | |
| --- | --- |
| Direct Midstream, LLC | |
| | |
| **Appellant's Attorneys:** | |
| Michael S. Alfred, **Lead Attorney** | Jonathan D. Stick |
| Bar No. 24014416 | Bar No. 00795156 |
| VerisLaw, PLLC | VerisLaw, PLLC |
| 4843 Colleyville Boulevard | 3801 North Capital of Texas Highway, |
| Suite 251-391 | Suite E 240-624 |
| Colleyville, Texas 76034 | Austin, Texas 78746 |
| (817) 678-4121 Tel. | (512) 710-6000 Tel. |
| (512) 717-7230 Fax | (512) 717-7230 Fax |
| malfred@verislaw.net | jstick@verislaw.net |

VerisLaw, PLLC
Suite E240-624
3801 N Capital of Texas Highway
Austin, Texas 78746
jstick@verislaw.net
(512) 710-6000 (telephone)
(512) 717-7230 (facsimile)

VerisLaw, PLLC
Suite 251-391
4843 Colleyville Blvd.
Colleyville, Texas 76034
malfred@verislaw.net
(817) 678-4130 (telephone)
(512) 717-7230 (facsimile)

August 25, 2025

| Appellees [Plaintiffs]: | |
|---|---|
| Fusion Resources, LLC, et al. | Lode Holdings LLC |
| Owl Eagle SWD LLC | BOS Edge Solutions Inc. |
| Sure Holdings LLC | Wesley J. Fox |
| **Appellees' Attorneys:** | |
| Robert M. Park, **Lead Attorney**<br>Bar No. 2407910<br>Uhl, Fitzsimons, Burton, Wolff & Rangel, PLLC<br>4040 Broadway, Suite 430<br>San Antonio, Texas 78209<br>(210) 829-1660 Tel.<br>(210) 829-1641 Fax<br>rpark@uhlfitzsimons.com | Chase C. Parsons<br>Bar No. 24124182<br>Uhl, Fitzsimons, Burton, Wolff & Rangel, PLLC<br>4040 Broadway, Suite 430<br>San Antonio, Texas 78209<br>(210) 829-1660 Tel.<br>(210) 829-1641 Fax<br>cparsons@uhlfitzsimons.com |
| Ronald O. Holman<br>Bar No. 09903600<br>Holman Robertson P.C.<br>8226 Douglas Avenue, Suite 550<br>Dallas, Texas 75225<br>(214) 361-9494 Tel.<br>(214) 691-2109 Fax<br>rholman@hrepc.com | |

August 25, 2025

| Appellee [Defendant]: | |
| --- | --- |
| Comstock Energy LLC | |
| **Appellee's Attorneys:** | |
| Andrew Sher<br>Bar No. 00789623<br>The Sher Law Firm, PLLC<br>3131 Eastside Street, Ste. 440<br>Houston, TX 77098<br>(713) 626-2100 Tel.<br>(713) 626-2101 Fax<br>andrew@sher-law.com | J. Todd Trombley<br>Bar No. 24004192<br>The Trombley Law Firm, PLLC<br>3737 Buffalo Speedway, Suite 1900<br>Houston, Texas 77098<br>(713) 322-4215 Tel.<br>(713) 677-0005 Fax<br>todd@trombleylaw.com |
| Donald H. Flanary Jr.<br>Bar No. 07109300<br>Donald H. Flanary, Jr., PLLC<br>7300 State Highway 121<br>McKinney, TX 75070<br>(214) 762-0767 Tel.<br>dflanary@flanarylawoffice.com | |

| Appellee [Defendant]: | |
| --- | --- |
| Ferret Path LLC | |
| **Appellee's Attorneys:** | |
| Eric Scott Lipper<br>Bar No. 12399000<br>Hirsch & Westheimer, PC<br>1415 Louisiana Street, 36th Floor<br>Houston, TX 77002<br>(713) 220-9181 Tel.<br>(713) 223 9319 Fax<br>elipper@hirschwest.com | Christie M. Lewis<br>Bar No. 24013170<br>Hirsch & Westheimer, PC<br>1415 Louisiana Street, 36th Floor<br>Houston, TX 77002<br>(713) 220-9181 Tel.<br>(713) 223 9319 Fax<br>clewis@hirschwest.com |
| Donald H. Flanary Jr.<br>Bar No. 07109300<br>Donald H. Flanary, Jr., PLLC<br>7300 State Highway 121<br>McKinney, TX 75070<br>(214) 762-0767 Tel.<br>dflanary@flanarylawoffice.com | |

Sincerely,

*/s/ Michael S.Alfred*

Michael S. Alfred

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Rebekah McKnight on behalf of Michael Alfred
Bar No. 24014416
rmcknight@verislaw.net
Envelope ID: 104815228
Filing Code Description: Docketing Statement
Filing Description: Docketing Statement and Addendum
Status as of 8/25/2025 4:01 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Christina Minshew | 24013170 | clewis@hirschwest.com | 8/25/2025 3:46:06 PM | SENT |
| Dennis Roossien | 784873 | droossien@munsch.com | 8/25/2025 3:46:06 PM | SENT |
| Andrew Sher | 789623 | andrew@sher-law.com | 8/25/2025 3:46:06 PM | SENT |
| Robert Park | 24079105 | rpark@uhlfitzsimons.com | 8/25/2025 3:46:06 PM | SENT |
| Robert Park | 24079105 | rpark@uhlfitzsimons.com | 8/25/2025 3:46:06 PM | SENT |
| Robert Park | 24079105 | rpark@uhlfitzsimons.com | 8/25/2025 3:46:06 PM | SENT |
| Robert Park | 24079105 | rpark@uhlfitzsimons.com | 8/25/2025 3:46:06 PM | SENT |
| Robert Park | 24079105 | rpark@uhlfitzsimons.com | 8/25/2025 3:46:06 PM | SENT |
| Robert Park | 24079105 | rpark@uhlfitzsimons.com | 8/25/2025 3:46:06 PM | SENT |
| Donald Flanary | 7109300 | dflanary@flanarylawoffice.com | 8/25/2025 3:46:06 PM | SENT |
| Jack Stick | | jstick@verislaw.net | 8/25/2025 3:46:06 PM | SENT |
| Michael Alfred | | malfred@verislaw.net | 8/25/2025 3:46:06 PM | SENT |
| Rebekah McKnight | | rmcknight@verislaw.net | 8/25/2025 3:46:06 PM | SENT |
| Cheryl Morris | | cmorris@verislaw.net | 8/25/2025 3:46:06 PM | SENT |